HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
EMILY M. CHARLEY, SBN 238542
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
Attorneys for Defendants MACY'S, INC., MACY'S CREDIT AND CUSTOMER SERVICES, INC., and DEPARTMENT STORES NATIONAL BANK

Pierce Gore (SBN 128515)
Kyla Holcomb Piramoon (SBN 263401)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, California 95008
Telephone:    (408) 369-0800
Facsimile:    (408) 369-0752
Attorneys for Plaintiff MARK HOLCOMB and KAY HOLCOMB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARK HOLCOMB and KAY HOLCOMB,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MACY'S, INC., MACY'S CREDIT AND CUSTOMER SERVICES, INC., DEPARTMENT STORES NATIONAL BANK and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV11-05099 PSG<br><br>JOINT STIPULATION AND [~~PROPOSED~~ ORDER FOR THIRTY-DAY EXTENSION OF TIME TO FILE AND SERVE JOINT RULE 26(F) REPORT |

3875082.1

1       **STIPULATION AND [~~PROPOSED~~] ORDER**

2       Pursuant to FRCP 6(b) and Local Rule 6-1, plaintiffs Mark Holcomb and Kay Holcomb

3  (collectively "Plaintiffs") and defendants Macy's Inc., Macy's Credit and Customer Services, Inc.,

4  and Department Stores National Bank (collectively "Defendants") through their undersigned

5  attorneys, stipulate and respectfully request that this Court approve a thirty-day extension of time

6  for the parties to file and serve a Joint Rule 26(f) Report, currently set for November 29, 2011.  As

7  grounds for this extension of time, the parties hereto state as follows:

8       1.      Counsel for Defendants was only recently been retained and upon retention

9  immediately sought, and was graciously granted, a thirty-day extension of time to respond to

10 Plaintiff's complaint.

11      2.      In order to properly evaluate the case and develop a thoughtful Discovery Plan, the

12 parties believe a corresponding thirty-day extension to file and serve a Joint Rule 26(f) Report is

13 necessary.  Doing so will allow Defendants time to focus on responding to Plaintiff's complaint

14 and evaluating the allegations before turning to the development of a Discovery Plan.

15      3.      There have been no other time modifications in this case.

16      4.      The parties believe this time modification will have very little impact, if any, on the

17 schedule for this case given its early stage.  To the contrary, the parties hope this extension of time

18 will allow for a stream-lined and smooth case management moving forward.

19      NOW, THEREFORE, based upon the foregoing, the parties, through their undersigned

20 attorneys, stipulate to extend the time to file and serve a Joint Rule 26(f) Report by thirty days,

21 from November 29, 2011 to December 29, 2011.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
3875082.1                                    2

1  IT IS SO STIPULATED between the parties.

2

3  Dated:  November 21, 2011                PRATT & ASSOCIATES

4                                           By:_____/s/ Pierce Gore_____
                                                 Pierce Gore
5                                                Attorneys for Plaintiffs
                                                 MARK HOLCOMB and KAY
6                                                HOLCOMB

7

8  Dated:  November 21, 2011                HANSON BRIDGETT LLP

9                                           By:_____/s/ Emily M. Charley_____
                                                 Emily M. Charley
10                                               Attorneys for Defendants
                                                 MACY'S, INC., MACY'S CREDIT
11                                               AND CUSTOMER SERVICES, INC.,
                                                 DEPARTMENT STORES NATIONAL
12                                               and BANK

13

14

15                                    **ORDER**

16     PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  Dated:  P qxgo dgt "44, 2011             _____
                                             United States O ci kutcv g"Lwf i g
19

20

JOINT STIPULATION AND [PROPOSED] ORDER

3875082.1                                  3