UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HOLCOMB and KAY HOLCOMB,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S, INC., MACY'S CREDIT AND CUSTOMER SERVICES, INC., DEPARTMENT STORES NATIONAL BANK and DOES 1-10,<br><br>Defendants. | Case No.: 5:11-CV-05099-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties have indicated in their joint case management statement that they have reached a settlement agreement and are finalizing the documents before filing a stipulated dismissal pursuant to Rule 41. The parties have indicated that Plaintiffs anticipate dismissing the action with prejudice within 30 days. The case is currently scheduled for a case management conference on June 13, 2012. The case management conference is hereby CONTINUED to July 25, 2012. By July 6, 2012, the parties shall file a stipulated dismissal.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge